UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-51 RM |
| | ) | |
| JAVON D. THOMAS (01) | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 12, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 38], ACCEPTS defendant Javon Thomas' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 924(c) and 2.

SO ORDERED.

ENTERED:  July 9, 2012

 /s/ Robert L. Miller, Jr.
Judge, United States District Court