UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-51 RM |
| | ) | |
| JEFFREY A. SHEPPARD (02) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 20, 2012. Accordingly, the court ADOPTS those findings and recommendations [docket # 48], ACCEPTS defendant Jeffrey Sheppard's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 924(c) and 2.

SO ORDERED.

ENTERED:  July 11, 2012

/s/ Robert L. Miller, Jr.
Judge, United States District Court